IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY L. SHAFFER AND CHRISTINA SHAFFER, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-10-2342 |
| | § § | |
| NORTHERN VIRTUE, *et al.*, | § § | |
| Defendants. | § | |

## ORDER

The motion for extension of time to serve the defendants, Northern Virtue and Reederei Carl Schluter GMBH & Co. KG, is granted. (Docket Entry No. 5). Proof of service must be filed no later than **February 28, 2011**. Failure to do so may result in dismissal.

SIGNED on November 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge