IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY L. SHAFFER AND CHRISTINA SHAFFER, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-10-2342 |
| | § § | |
| NORTHERN VIRTUE, *et al.*, | § § | |
| Defendants. | § | |

## ORDER

Counsel for defendants has filed two Motions to Compel, (Docket Entry Nos. 24 and 25). The filing of these motions is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

The motions are stricken. A premotion conference to address the subject matter of the motions is set for **September 22, 2011, at 2:00 p.m.**

SIGNED on September 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge